**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

KLAUBER BROTHERS, INC.

Plaintiff,

v.

JONATHAN SIMKHAI INC, *et al*.,

Defendant.

Case No. 2:25-cv-11521-AHM-BFM

**ORDER RE STIPULATED PROTECTIVE ORDER**

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: August 3, 2026

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE